AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

--------DISTRICT OF--------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12
WELFARE, PENSION, ANNUITY, VACATION &
XMAS and FRINGE BENEFIT FUNDS; AND
PLUMBERS AND GASFITTERS LOCAL 12

V.

DOWD PLUMBING CORPORATION

**03 - 12496 DPW**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

Crane Mechanical, Inc.
*c/o Its Clerk of the Corporation:*
38 Austin Street
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Cheverie, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 1 1 2003
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

**Norfolk County Sheriff's Department**    2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

January 28, 2004

I hereby certify and return that on 1/27/2004 at 12:36 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Mae Dowd, co-owner, , person in charge at the time of service for Crane Mechanical Inc, at , 3 Morse Street, Stoughton, MA 02072. Conveyance ($4.50), Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($8.96) Total Fees: $49.46

_____
Deputy Sheriff

**Deputy Sheriff** <ServingDeputy>

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                                      Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure