UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; AND PLUMBERS AND GASFITTERS LOCAL 12<br><br>Plaintiffs<br><br>VS.<br><br>DOWD PLUMBING CORPORATION<br><br>Defendant | Case No. 03:CV-12496 (DPW)<br><br><br><br>May 18, 2004 |

### MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Plaintiff Funds Trustees filed the ERISA collection action on December 11, 2003 seeking delinquent contributions owed to Plaintiffs by Defendant and seeking payment of delinquencies that became due and owing during the pendency of this action. Defendant remains delinquent at this time for the remaining unpaid balance of the March 2004 contributions in the amount of *$17,560.22*. Additionally, April 2004 contributions are now due in the amount of *$38,224.20*. Finally, the Company owes *$1,139.75* in late fees that accrued on delinquencies since February 2004. When Judgment is entered, a final accounting of all delinquencies will be provided.

The Complaint and Summons were duly served on Defendant by the Norfolk County Sheriff on January 27, 2004.

Defendant has not filed an Answer or any responsive pleadings to the Complaint. While many of the demands in the Complaint have been resolved, the Defendant still remains delinquent and, at present, owes Plaintiff Funds a total of *$55,784.42* in contributions for the months of March and April 2004, and owes *$1,139.75* in late fees. The April 2004 contributions will be delinquent effective June 1, 2004.

The time limit for responding to Plaintiffs' Complaint has passed and Defendant Dowd Plumbing Corporation has failed to respond to Plaintiffs' Complaint as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the Plaintiffs, pursuant to 55(a) of the Federal Rules of Civil Procedure, respectfully move this Court to enter default against said Defendant for failure to plead.

Respectfully submitted,

Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 082320

_____
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Default for Failure to Plead has been mailed first class and postage prepaid this 18th day of May 2004 to the following:

Mae Dowd
DOWD PLUMBING
3 Morton Street
Stoughton, MA  02072

_____
Robert M. Cheverie

JTF.12FUNDS.DOWD PLUMBING.2003
Motion for Default.05-18-04

3

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719