UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE PLUMBERS & GASFITTERS
LOCAL UNION #12 WELFARE AND PENSION
ANNUITY, VACATION & XMAS FRINGE BENEFIT
FUND, ET AL.,
    Plaintiffs,

      v.                           CIVIL ACTION
                             NO.03-12496-DPW

DOWD PLUMBING CORP.,
    Defendant.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant DOWD PLUMBING CORP. has been defaulted this date.

                                    BY THE COURT,

                                    /s/ Rebecca Greenberg
                                        Deputy Clerk

Dated: May 24, 2004