UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS and FRINGE BENEFIT FUNDS; AND PLUMBERS AND GASFITTERS LOCAL 12

Plaintiffs

VS.

DOWD PLUMBING CORPORATION

Defendant

Case No. 03:CV-12496 (DPW)

June 24, 2004

## NOTICE OF WITHDRAWAL OF COMPLAINT

Pursuant to F.R.C.P. Rule 41(a), the Plaintiff Funds Trustees hereby withdraw the instant Complaint, without prejudice, as the Defendant has paid the delinquent contributions at issue in the Complaint and is current in payment at this time. Additionally, Defendant has not filed an Answer or any responsive pleadings to the Complaint and, therefore, voluntary dismissal pursuant to F.R.C.P. 41(a) is appropriate.

Respectfully submitted,

Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 082320

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Withdrawal of Complaint has been mailed first class and postage prepaid this 24th day of June 2004 to the following:

Mae Dowd
DOWD PLUMBING CORPORATION
3 Morton Street
Stoughton, MA 02072

*[signature]*
Robert M. Cheverie

J:\F:JRH\NDS.DOWD PLUMBING.2004
Motion for Default.06-23-04

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719